```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 15027
   THERESA G JOVANCIC
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0022


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 11/16/2006 and was confirmed 02/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/12/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
----------------------------------------------------------------------
ILLINOIS DEPT OF REVENUE   NOTICE ONLY    NOT FILED         .00           .00
ILLINOIS DEPT OF REV       PRIORITY         374.00          .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       10733.68          .00           .00
T MOBILE                   NOTICE ONLY    NOT FILED         .00           .00
B-LINE LLC                 UNSECURED       2360.45          .00           .00
T MOBILE                   UNSECURED         93.60          .00           .00
CAPITAL ONE                UNSECURED       6601.24          .00           .00
HSBC/ORCHARD BANK          NOTICE ONLY    NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       1196.28          .00           .00
PREMIER BANKCARD           UNSECURED        542.37          .00           .00
APPLIED BANK CARD          NOTICE ONLY    NOT FILED         .00           .00
MERRICK BANK               UNSECURED       1711.99          .00           .00
CREDIT ONE BANK            NOTICE ONLY    NOT FILED         .00           .00
APPLIED BANK CARD          NOTICE ONLY    NOT FILED         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       1231.60          .00           .00
CACH HOUSEHOLD BANK        NOTICE ONLY    NOT FILED         .00           .00
CACH CREDIT ONR BANK       NOTICE ONLY    NOT FILED         .00           .00
CAPITAL ONE CARD           NOTICE ONLY    NOT FILED         .00           .00
INTERNAL REVENUE SERVICE   UNSECURED        732.10          .00           .00
ILLINOIS DEPT OF REV       UNSECURED         66.50          .00           .00
RICHARD S BASS             DEBTOR ATTY    1,700.00                      900.48
TOM VAUGHN                 TRUSTEE                                       59.52
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                     960.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 15027 THERESA G JOVANCIC

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     900.48
TRUSTEE COMPENSATION                                                59.52
DEBTOR REFUND                                                         .00
                                      ---------------    ---------------
TOTALS                                         960.00             960.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
   Dated: 10/23/07                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```